UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------
Benedetto Rocchio

          -against-

Commissioner of Social Security
------------------------------------------------------------

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

08 Civ. 3796(JSR)( FM)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

____ General Pretrial(including scheduling, discovery, non-dispositive pretrial motions, and settlement)

____ Specific Non-Dispositive Motion/Dispute:*
_____
_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

____ Settlement*

____ Inquest After Default/Damages Hearing

____ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

____ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

____ Habeas Corpus

__X__ Social Security

____ Dispositive Motion (i.e. motion requiring a Report and Recommendation)

Particular Motion:_____
_____

All such motions:_____

5/8/08

================================================================

* Do not check if already referred for general pretrial

**SO ORDERED**

DATED:   New York, New York
               5/4/08

_____
United States District Judge