

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

# MEMO ENDORSED

*86 Chambers Street*
*New York, New York 10007*

August 22, 2008

BY FAX
Hon. Frank Maas
United States Magistrate Judge
United States Courthouse
500 Pearl Street, Room 740
New York, New York 10007-1312

**APPLICATION GRANTED**
**SO ORDERED**

_____
Frank Maas, USMJ 8/25/08

Re: <u>Benedetto Rocchio v. Astrue</u>
    08 Civ. 3796 (JSR)(FM)

Dear Judge Maas:

     This Office represents the Commissioner of Social Security, defendant in this action. I write respectfully to advise the Court of recent events and to request an extension of defendant's time to answer or move with respect to the complaint.

     Defendant was served the complaint in this case on May 15, 2008 and the answer was due July 14, 2008. This Office submitted a stipulation to the Court on June 24, 2008, requesting a sixty-day extension of defendant's time to answer, to September 14, 2008, a copy of which is enclosed. Due to an administrative error, the stipulation was submitted to Judge Jed S. Rakoff. I apologize for this error and any inconvenience it caused the Court. In addition, I write respectfully to request the Court's approval of the enclosed stipulation extending defendant's time to answer to September 15, 2008.

     Thank you for your consideration of this matter.

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: *Susan C. Branagan*
SUSAN C. BRANAGAN
Assistant United States Attorney
Telephone: (212) 637-2804
Fax: (212) 637-2750

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/22/08

cc: Benedetto Rocchio, <u>Pro Se</u>

COPY
*Submitted*
*6/24/08*

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: SUSAN C. BRANAGAN
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York  10007
Tel. (212) 637-2804
Fax (212) 637-2750

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - -x
BENEDETTO ROCCHIO,                :
                                  :
            Plaintiff,            :
                                  :
       - v. -                     :
                                  :   STIPULATION AND ORDER
                                  :
                                  :   08 Civ. 3796 (JSR)
MICHAEL J. ASTRUE,                :
Commissioner of                   :
Social Security,                  :
                                  :
            Defendant.            :
                                  :
- - - - - - - - - - - - - - -x

IT IS HEREBY STIPULATED AND AGREED, by and between the attorney for the defendant and the plaintiff, pro se, that the defendant's time to answer or move with respect to the complaint in the above-captioned action is extended from July 14, 2008 to and including September 15, 2008. This extension is requested to

allow the Social Security Administration sufficient time to evaluate its litigation position in this case. No previous extension has been granted in this case.

Dated: New York, New York
       June 17, 2008

*(signature)*
BENEDETTO ROCCHIO
Plaintiff Pro Se
276 Revere Avenue
1st Floor
Bronx, New York 10455
Telephone No: (347)293-8707

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for Defendant

By: *(signature)* Susan C. Branagan
SUSAN C. BRANAGAN
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone No.: (212) 637-2804
Susan.Branagan@usdoj.gov

SO ORDERED:

*(signature)*
UNITED STATES MAGISTRATE JUDGE
8/25/08